# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KRISTINA KING and KEN KING ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | |
| v. ) | |
| ) | |
| ) | 1:19-CV-00068-RP |
| ) | |
| AMERICAN MULTI-CINEMA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiffs, Kristina King and Ken King hereby notify the Court that all claims against the Defendant have been resolved. The parties anticipate finalizing the documentation shortly. Plaintiffs will move to dismiss the case once the agreement and consideration are finalized.

Respectfully Submitted, this 18th day of April 2019.

/s/Amanda L. Powell
**Amanda L. Powell**
**TX Bar # 24081104**
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
(334) 819-4030 (Office)
(334) 819-4032 (Fax)
(334) 323-0028 (Direct)
Email: ALP@ADA-Firm.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the Notice of Settlement for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 18th day of April 2019 to the following:

**Kathryn C. Palamountain**
Seyfarth Shaw LLP
700 Milam St., Ste. 1400
Houston, Texas 77002
cpalamountain@seyfarth.com
ATTORNEY FOR DEFENDANT
AMERICAN MULTI-CINEMA, INC.

                                 */s/Amanda L. Powell*
                                     **Amanda L. Powell**
                                     **TX Bar # 24081104**
                                     ADA Group LLC
                                     4001 Carmichael Road, Suite 570
                                     Montgomery, Alabama 36106
                                     (334) 819-4030 (Office)
                                     (334) 819-4032 (Fax)
                                     (334) 323-0028 (Direct)
                                     Email: ALP@ADA-Firm.com
                                     *Attorney for the Plaintiffs*