IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KRISTINA KING and KEN KING, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:19-CV-68-RP |
| AMERICAN MULTI-CINEMA, INC., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On May 14, 2019, the plaintiffs filed a notice of dismissal without prejudice at to all claims against the defendant in this case pursuant to Federal Rule of Civil Procedure 41. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on May 15, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE