# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **KRISTINA KING and KEN KING** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **AMERICAN MULTI-CINEMA, INC.,** ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION NO.** <br><br><br><br> **1:19-CV-00068-RP** |

## AMENDED NOTICE OF DISMISSAL

Pursuant to F.R.C.P.41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Kristina King and Ken King, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, American Multi-Cinema, Inc.

Respectfully Submitted, this 20th day of May 2019.

/s/Amanda L. Powell
**Amanda L. Powell**
**TX Bar # 24081104**
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
(334) 819-4030 (Office)
(334) 819-4032 (Fax)
(334) 323-0028 (Direct)
Email: ALP@ADA-Firm.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the Notice of Settlement for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 20th day of May 2019 to the following:

**Kathryn C. Palamountain**
Seyfarth Shaw LLP
700 Milam St., Ste. 1400
Houston, Texas 77002
cpalamountain@seyfarth.com
ATTORNEY FOR DEFENDANT
AMERICAN MULTI-CINEMA, INC.

/s/Amanda L. Powell
**Amanda L. Powell**
**TX Bar # 24081104**
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
(334) 819-4030 (Office)
(334) 819-4032 (Fax)
(334) 323-0028 (Direct)
Email: ALP@ADA-Firm.com
*Attorney for the Plaintiffs*